PROB 12C
(7/93)

Report Date:  January 7, 2016

## United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 08, 2016

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Deshaun Crawford              Case Number: 0980 2:14CR00117-RHW-1

Address of Offender:                  Spokane, WA 99204

Name of Sentencing Judicial Officer:  The Honorable Jacqueline H. Nguyen, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: April 5, 2010

| | |
|---|---|
| Original Offense: | Possessing Contraband in Prison, 18 U.S.C. § 1791(a)(2),(b)(3) |
| Original Sentence: | Prison 18 months; TSR - 36 months |
| Asst. U.S. Attorney: | Russel Smoot |
| Defense Attorney: | Federal Defender's Office |

Type of Supervision: Supervised Release

Date Supervision Commenced: July 18, 2013

Date Supervision Expires: July 17, 2016

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 3**: The defendant shall participate in outpatient substance abuse treatment and counseling program that includes urinalysis, saliva and/or sweat patch testing, as directed by the Probation Officer.  The defendant shall abstain from using illicit drugs, alcohol, and abusing prescription medications during the period of supervision. |
| | **Supporting Evidence**: Deshaun Crawford violated conditions of his supervised release by consuming alcohol on or about December 30, 2015, in violation of special condition number 3. |
| | While attending intensive inpatient treatment at Sun Ray Court treatment facility, Mr. Crawford was directed to submit to a urine test.  The sample was sent to the laboratory for testing.  The sample was returned as positive for the presence of alcohol. |
| 2 | **Special Condition # 4**: During the course of supervision, the Probation Officer, with the agreement of the defendant and defense counsel, may place the defendant in a residential drug treatment program approved by the United States Probation Office for treatment of narcotic addiction or drug dependency, which may include counseling and testing, to determine if the defendant has reverted to the use of drugs, and the defendant shall reside in the treatment program until discharged by the Program Director and Probation Officer. |

Prob12C
**Re: Crawford, Deshaun**
**January 7, 2016**
**Page 2**

        **Supporting Evidence**: Deshaun Crawford failed to successfully complete his substance abuse treatment program in violation of special condition number 4.

        Mr. Crawford entered into intensive inpatient treatment at the Sun Ray Court treatment facility in Spokane, Washington, on November 18, 2014. On December 31, 2015, Mr. Crawford was terminated from treatment after left the facility and failed to return. Mr. Crawford was not authorized to leave the facility and was discharged from the program.

3        **Special Condition # 9** : You shall complete 80 hours of community service work, at the rate of not less than 40 hours per month at a not-for-profit site approved in advance by the supervising probation officer. The hours are to be completed in full no later than August 31, 2015.

        **Supporting Evidence**: Deshaun Crawford failed to complete the required 80 hours of community service by August 31, 2015, as ordered in special condition number 9.

        As of the date of this petition, Mr. Crawford has failed to provide any proof to the undersigned officer that he completed the required community service hours.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   1/07/2016

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

January 8, 2016
Date